UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY SEGEL,      No. 09-10125

    Plaintiff,      District Judge John Corbett O'Meara

v.      Magistrate Judge R. Steven Whalen

KIMBERLY-CLARK CORPORATION,
ET AL.,

    Defendants.
    _____/

## ORDER

For the reasons and under the terms stated on the record on October 29, 2009, Defendants' Motion for Protective Order [Docket #27] is DENIED.

SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2009

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 29, 2009.

    S/Gina Wilson
    Judicial Assistant